McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 10497 Alta Mesa Rd., Wilton, CA | 2:18-SW-0280 EFB, |
| 13701 Indio Dr., Sloughhouse, CA | 2:18-SW-0281 EFB, |
| 11709 Colony Rd., Galt, CA | 2:18-SW-0282 EFB, |
| 7241 Vanita Way, Sacramento, CA | 2:18-SW-0283 EFB, |
| 12196 Hobday Rd., Wilton, CA | 2:18-SW-0284 EFB, |
| 7260 Vanita Way, Sacramento, CA | 2:18-SW-0285 EFB, |
| 7320 Del Coronado Way, Sacramento, CA | 2:18-SW-0286 EFB, |
| 12660 Sharon Bee Ln., Herald, CA | 2:18-SW-0287 EFB, |
| 7641 Prescott Way, Sacramento, CA | 2:18-SW-0288 EFB, |
| 22698 North Sowles Rd., Acampo, CA | 2:18-SW-0289 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS          1

1     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
2 ordered unsealed.

3    Dated:  4/24/2019                    _/s/ Carolyn Delaney_
4                                                     The Honorable Carolyn K. Delaney
                                                    UNITED STATES MAGISTRATE JUDGE